# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARISOL LEVI,<br>    Plaintiff,<br>v.<br>GLOBAL INNOVATIONS BANK, *et al.*,<br>    Defendants. | Case No.: 2:25-cv-01201-GMN-NJK<br>**Order**<br>[Docket No. 5] |

Pending before the Court is Defendant Global Innovation Bank's motion for an extension of time to respond to Plaintiff's complaint, Docket No. 5, which is **GRANTED**.

Accordingly, Defendant's deadline to respond to Plaintiff's complaint is extended to August 1, 2025.

IT IS SO ORDERED.

Dated: July 10, 2025

                                                      Nancy J. Koppe<br>
                                                    United States Magistrate Judge