UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARISOL LEVI,<br><br>    Plaintiff,<br><br>v.<br><br>GLOBAL INNOVATIONS BANK, et al.,<br><br>    Defendants. | Case No. 2:25-cv-01201-GMN-NJK<br><br>**Order**<br><br>[Docket No. 37] |

Pending before the Court is Plaintiff's motion to extend time to serve Defendants, Docket No. 37, which is **GRANTED**.

Accordingly, Plaintiff's deadline to serve Defendants is **EXTENDED** to December 22, 2025.

IT IS SO ORDERED.

Dated: October 20, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1