**SAO**
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
I-CHE LAI, ESQ.
Nevada Bar No. 12247
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
E-Mail: joshua.sliker@jacksonlewis.com
E-Mail: i-che.lai@jacksonlewis.com

*Attorneys for Defendants*
*Global Innovations Bank and*
*Global Innovations Holdings, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARISOL LEVI, an individual, | Case No.: 2:25-cv-01201-GMN-NJK |
| Plaintiff, | |
| vs. | |
| GLOBAL INNOVATIONS BANK, An Equity Form Unknown; GLOBAL FIDELITY CORP., An Entity Form Unknown; GLOBAL FIDELITY BANK, An Entity Form Unknown; GLOBAL INNOVATIONS HOLDINGS, INC., An Entity Form Unknown; GIBP NEVADA, An Entity Form Unknown; GIBP JAPAN, An Entity Form Unknown; GIBP GERMANY, An Entity Form Unknown; GIB BILL PAY, An Entity Form Unknown, DAVID HALES, an individual; DOES 1-100 inclusive. | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF GLOBAL INNOVATIONS HOLDINGS INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** <br><br> **(First Request)** |
| Defendants. | |

Plaintiff Marisol Levi and Defendants Global Innovations Bank and Global Innovations Holdings, Inc., by and through their respective counsel, hereby stipulate and agree to extend the time for Global Innovations Holdings, Inc. to file a reply in support of its motion to dismiss the Complaint (ECF No. 55) to **February 3, 2026**. This is the first stipulation for extension of the deadline to file a reply in support of the motion to dismiss.

Good cause warrants the stipulated extension. Global Innovations Holdings, Inc.'s motion to dismiss and Plaintiff's opposition to the motion raises issues not addressed in the previously filed motions to dismiss. Additionally, Defendants' counsel has been preparing for a jury trial in Nevada

state court. Therefore, Global Innovations Holdings, Inc. needs additional time to prepare the reply. In stipulating to the extension, the parties are not waiving, relinquishing, or otherwise impairing any claim, defense, argument, or other right they may have. *See Szanto v. Marina Marketplace 1, LLC*, No. 3:11-cv-00394-RCJ-VPC, 2013 U.S. Dist. LEXIS 168028, at *10 (D. Nev. Nov. 26, 2013).

Dated: January 27, 2026

/s/ Kenneth S. Humprey
Kenneth S. Humphrey, Esq.
Admitted *Pro Hac Vice*
Humphrey, Berger & Associates, LLP
23901 Calabasas Road, Suite 1069
Calabasas, California 91302

and

Kurt C. Faux, Esq.
Nevada Bar No. 3407
Willi H. Siepmann, Esq.
Nevada Bar No. 2478
THE FAUX LAW GROUP
2625 North Green Valley Parkway, Suite 100
Henderson, Nevada 89014

*Attorneys for Plaintiff*
*Marisol Levi*

/s/ I-Che Lai
Joshua A. Sliker, Esq.
Nevada Bar No. 12493
I-Che Lai, Esq.
Nevada Bar No. 12247
JACKSON LEWIS P.C.
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Global Innovations Bank and*
*Global Innovations Holdings, Inc.*

**IT IS SO ORDERED.**

**DATED** this __28_ day of January, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court