KENNETH S. HUMPHREY, ESQ.
*Admitted Pro Hac Vice*
HUMPHREY, BERGER & ASSOCIATES, LLP
21300 Victory Boulevard, Suite 520
Woodland Hills, CA 91367
Telephone (818) 871-0111
Facsimile (818) 871-0765
kenh@hbalaw.com
eservice@hbalaw.com

Attorney for Plaintiffs
MARISOL LEVI

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARISOL LEVI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL INNOVATIONS BANK, An Entity Form Unknown; GLOBAL FIDELITY CORP., An Entity Form Unknown; GLOBAL FIDELITY BANK, An Entity Form Unknown; GLOBAL INNOVATIONS HOLDINGS, INC., An Entity Form Unknown; GIBP NEVADA, An Entity Form Unknown; GIBP JAPAN, An Entity Form Unknown; GIBP GERMANY, An Entity Form Unknown; GIB BILL PAY, An Entity Form Unknown, DAVID HALES, an individual; DOES 1-200 inclusive. | CASE NO.: 2:25-cv-01201-GMN-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITIONS TO DEFENDANTS' RENEWED MOTION TO DISMISS AND MOTION TO STAY DISCOVERY**<br><br>**(FIRST REQUEST)** |

-1-

Plaintiff MARISOL LEVI ("Plaintiff") and Defendants GLOBAL INNOVATIONS BANK, GLOBAL FIDELITY CORP., and GLOBAL INNOVATIONS HOLDINGS, INC. (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

On March 3, 2026, Defendants filed their Renewed Motion to Dismiss Plaintiff's Complaint (ECF No. 77) and Renewed Motion to Stay Discovery (ECF No. 78).

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, Plaintiff's oppositions to those motions are currently due on March 17, 2026.

Good cause exists for a brief extension of time. Lead counsel for Plaintiff recently experienced an unexpected medical emergency involving an immediate family member that has required counsel's attention and temporarily diverted time from counsel's litigation schedule.

This is Plaintiff's first request for an extension of the deadline to file oppositions to these motions.

The requested extension is modest, is made in good faith, and will not prejudice any party. The requested extension will not affect any other deadlines currently set by the Court.

The parties therefore stipulate and respectfully request that the Court extend the deadline for Plaintiff to file her oppositions to Defendants' Renewed Motion to Dismiss Plaintiff's Complaint and Renewed Motion to Stay Discovery from March 17, 2026 to March 24, 2026.

///

///

///

///

The parties further stipulate that Defendants' deadlines to file any replies in support of their Renewed Motion to Dismiss Plaintiff's Complaint and Renewed Motion to Stay Discovery shall run from the new opposition filing date in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

DATED: March 13, 2026          HUMPHREY, BERGER & ASSOCIATES, LLP

By: _____
    Kenneth S. Humphrey
    Attorneys for Plaintiff MARISOL LEVI

DATED: March 13, 2026          JACKSON LEWIS P.C.

By: ___J-Che Lai_____
    JOSHUA A. SLIKER
    AMANDA PATANAPHAN
    I-CHE LAI
    Attorneys for Defendants
    GLOBAL INNOVATIONS BANK,
    GLOBAL FIDELITY CORP., and
    GLOBAL INNOVATIONS HOLDINGS,
    INC.

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff must file a Response to Defendants' Renewed Motion to Dismiss Plaintiff's Complaint, (ECF No. 77), and Renewed Motion to Stay Discovery, (ECF No. 78), no later than March 24, 2026.

**DATED** this ___19___ day of March, 2026.

_____

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

-4-

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Humphrey, Berger & Associates, and that on this 12th day of March, 2026, I caused to be served via the Court's CM/ECF Filing and by direct email, a true and correct copy of the above foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITIONS TO DEFENDANTS' RENEWED MOTION TO DISMISS AND MOTION TO STAY DISCOVERY** properly addressed to the following:

JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
AMANDA PATANAPHAN, ESQ.
Nevada Bar No. 15080
I-CHE LAI, ESQ.
Nevada Bar No. 12247
JACKSON LEWIS P.C.
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
joshua.sliker@jacksonlewis.com
amanda.patanaphan@jacksonlewis.com
i-che.lai@jacksonlewis.com

*Attorneys for Defendant*
*Global Innovations Bank*

_____
Erma Littwin

-5-