KENNETH S. HUMPHREY, ESQ.
*Admitted Pro Hac Vice*
HUMPHREY, BERGER & ASSOCIATES, LLP
21300 Victory Boulevard, Suite 520
Woodland Hills, CA 91367
Telephone (818) 871-0111
Facsimile (818) 871-0765
kenh@hbalaw.com
eservice@hbalaw.com

Attorney for Plaintiffs
MARISOL LEVI

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARISOL LEVI, an individual, | **CASE NO.: 2:25-cv-01201-GMN-NJK** |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION TO FILE OPPOSITIONS TO DEFENDANTS' RENEWED MOTION TO DISMISS AND REMEWED MOTION TO STAY DISCOVERY** |
| GLOBAL INNOVATIONS BANK, An Entity Form Unknown; GLOBAL FIDELITY CORP., An Entity Form Unknown; GLOBAL FIDELITY BANK, An Entity Form Unknown; GLOBAL INNOVATIONS HOLDINGS, INC., An Entity Form Unknown; GIBP NEVADA, An Entity Form Unknown; GIBP JAPAN, An Entity Form Unknown; GIBP GERMANY, An Entity Form Unknown; GIB BILL PAY, An Entity Form Unknown, DAVID HALES, an individual; DOES 1-200 inclusive. | **(SECOND REQUEST)** |

-1-

Plaintiff MARISOL LEVI ("Plaintiff") and Defendants GLOBAL INNOVATIONS BANK, GLOBAL FIDELITY CORP., and GLOBAL INNOVATIONS HOLDINGS, INC. (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On March 3, 2026, Defendants filed their Renewed Motion to Dismiss Plaintiff's Complaint (ECF No. 77) and Renewed Motion to Stay Discovery (ECF No. 78).

2. Plaintiff's oppositions to those motions are currently due on March 24, 2026, pursuant to this Court's Order granting the parties' prior stipulation (ECF No. 81).

3. Good cause exists for a further brief extension of time. Plaintiff's counsel has been diligently working toward completion of the oppositions, but additional time is required due to the complexity of the issues raised in Defendants' motions and counsel's recent unanticipated personal circumstances.

4. This is Plaintiff's second request for an extension of the deadline to file oppositions to these motions.

5. This request is made in good faith and not for purposes of delay. The requested extension is modest, will not prejudice any party, and will not affect any other deadlines currently set by the Court.

6. The parties therefore stipulate and respectfully request that the Court extend the deadline for Plaintiff to file her Oppositions to Defendants' Renewed Motion to Dismiss Plaintiff's Complaint and Renewed Motion to Stay Discovery from March 24, 2026 to March 31, 2026.

///
///
///
///
///

7.    The parties further stipulate that Defendants' deadlines to file any replies in support of their Renewed Motion to Dismiss Plaintiff's Complaint and Renewed Motion to Stay Discovery shall be April 14, 2026, which is an additional seven (7) days from the anticipated deadline of April 7, 2026 (assuming Plaintiff's Oppositions are filed on March 31, 2026), due to Defendants' counsels' obligations in other matters including preparation for and participation in two alternative dispute resolution proceedings, administrative investigations, and preparation of over a dozen filings in administrative proceedings.

DATED: March 24, 2026          HUMPHREY, BERGER & ASSOCIATES, LLP

By: _____
    Kenneth S. Humphrey
    Attorneys for Plaintiff MARISOL LEVI

DATED: March 24, 2026          JACKSON LEWIS P.C.

By: _____Joshua A. Sliker_____
    JOSHUA A. SLIKER
    AMANDA PATANAPHAN
    I-CHE LAI
    Attorneys for Defendants
    GLOBAL INNOVATIONS BANK,
    GLOBAL FIDELITY CORP., and
    GLOBAL INNOVATIONS HOLDINGS,
    INC.

## ORDER

**IT IS SO ORDERED** that the deadline for Plaintiff to file her oppositions to Defendants' Renewed Motion to Dismiss Plaintiff's Complaint (ECF No. 77) and Renewed Motion to Stay Discovery (ECF No. 78) is **extended to no later than March 31, 2026.**

Further, the deadline for Defendants to file any replies in support of their Renewed Motion to Dismiss Plaintiff's Complaint and Renewed Motion to Stay Discovery **shall be April 14, 2026.**

**DATED** this __31__ day of March, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

-4-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Humphrey, Berger & Associates, and that on this 24th day of March, 2026, I caused to be served via the Court's CM/ECF Filing and by direct email, a true and correct copy of the above foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITIONS TO DEFENDANTS' RENEWED MOTION TO DISMISS AND RENEWED MOTION TO STAY DISCOVERY** properly addressed to the following:

JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
AMANDA PATANAPHAN, ESQ.
Nevada Bar No. 15080
I-CHE LAI, ESQ.
Nevada Bar No. 12247
JACKSON LEWIS P.C.
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
joshua.sliker@jacksonlewis.com
amanda.patanaphan@jacksonlewis.com
i-che.lai@jacksonlewis.com


*Attorneys for Defendants*
*Global Innovations Bank,*
*Global Fidelity Corp., and,*
*Global Innovations Holdings, Inc.*

_____
Erma Littwin