JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
I-CHE LAI, ESQ.
Nevada Bar No. 12247
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
E-Mail: joshua.sliker@jacksonlewis.com
E-Mail: i-che.lai@jacksonlewis.com

*Attorneys for Defendants*
*Global Innovations Bank, Global Innovations Holdings, Inc.,*
*and Global Fidelity Corp.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARISOL LEVI, an individual, | Case No.: 2:25-cv-01201-GMN-NJK |
| Plaintiff, | |
| vs. | |
| GLOBAL INNOVATIONS BANK, An Equity Form Unknown; GLOBAL FIDELITY CORP., An Entity Form Unknown; GLOBAL FIDELITY BANK, An Entity Form Unknown; GLOBAL INNOVATIONS HOLDINGS, INC., An Entity Form Unknown; GIBP NEVADA, An Entity Form Unknown; GIBP JAPAN, An Entity Form Unknown; GIBP GERMANY, An Entity Form Unknown; GIB BILL PAY, An Entity Form Unknown, DAVID HALES, an individual; DOES 1-100 inclusive. | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF GLOBAL INNOVATIONS BANK, GLOBAL INNOVATIONS HOLDINGS, INC., AND GLOBAL FIDELITY CORP.S' RENEWED MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| Defendants. | **(Second Request)** |

Plaintiff Marisol Levi and Defendants Global Innovations Bank, Global Innovations Holdings, Inc., and Global Fidelity Corp. by and through their respective counsel, hereby stipulate and agree to extend the time for Global Innovations Bank, Global Innovations Holdings, Inc., and Global Fidelity Corp. to file a reply in support of their renewed motion to dismiss the complaint (ECF No. 77) and their renewed motion to stay discovery (ECF No. 78) to **April 21, 2026**. This is the second stipulation for extension of the deadline to file a reply in support of the renewed motions.

Good cause warrants a short extension of the deadline. The renewed motions were filed on March 3, 2026. (ECF Nos. 77, 78.) Based on the parties' stipulation to extend briefing deadlines,

JACKSON LEWIS P.C.
LAS VEGAS

Plaintiff filed her oppositions to the renewed motions on March 31, 2026, and the reply to that opposition would be due April 14, 2026. (ECF Nos. 85, 86, 87.) Since the filing of the oppositions, Defendants' counsel had unexpected matters arise, which has taken up time for Defendants' counsel to resolve. Therefore, Defendants need additional time to prepare the replies in support of the renewed motions in this case. In stipulating to the extension, the parties are not waiving, relinquishing, or otherwise impairing any claim, defense, argument, or other right they may have. *See Szanto v. Marina Marketplace 1, LLC*, No. 3:11-cv-00394-RCJ-VPC, 2013 U.S. Dist. LEXIS 168028, at *10 (D. Nev. Nov. 26, 2013).

Dated: April 14, 2026

/s/ Kenneth S, Humphrey
Kenneth S. Humphrey, Esq.
Admitted *Pro Hac Vice*
Humphrey, Berger & Associates, LLP
23901 Calabasas Road, Suite 1069
Calabasas, California 91302

and

Kurt C. Faux, Esq.
Nevada Bar No. 3407
Willi H. Siepmann, Esq.
Nevada Bar No. 2478
THE FAUX LAW GROUP
2625 North Green Valley Parkway, Suite 100
Henderson, Nevada 89014

*Attorneys for Plaintiff*
*Marisol Levi*

/s/ I-Che Lai
Joshua A. Sliker, Esq.
Nevada Bar No. 12493
I-Che Lai, Esq.
Nevada Bar No. 12247
JACKSON LEWIS P.C.
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Global Innovations Bank,*
*Global Innovations Holdings, Inc., and*
*Global Fidelity Corp.*

**IT IS SO ORDERED.**

**DATED** this __17__ day of April, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court